# FOY & SEPLOWITZ LLC
attorneys at law

24 BERGEN STREET, SUITE 200  
HACKENSACK, NJ 07601  
TEL: 201-457-0071  
FAX: 201-457-0072  

WWW.FOYSEPLOWITZ.COM

30 WALL STREET  
8TH FLOOR  
NEW YORK, NY 10005  
TEL: 212-709-8230

October 22, 2025

VIA ECF

**MEMORANDUM ENDORSED**

Honorable Gregory H. Woods, DCJ  
US Courthouse for the SDNY  
500 Pearl Street  
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/2025
```

      **Re:**    *US v. Charlene Marte et al*  
              **Dkt. # 25 Cr. 136 (GHW)**  
              **First Adjournment Request of Sentencing**

Dear Judge Woods:

With the consent of the government, I am requesting the adjournment of our November 5, 2025 sentencing proceedings to December 4, 2025 because the defendant needs additional time to prepare. This is the first request for an adjournment

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**  
jfoy@foyseplowitz.com

cc:    AUSA Jane Chong  
        Charlene Marte

Application granted. The sentencing hearing previously scheduled for November 5, 2025 at 10:00 a.m. is adjourned to December 4, 2025 at 12:00 p.m. The defendant's sentencing submissions are due no later than November 20, 2025; the Government's sentencing submissions are due no later than November 27, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 47.
SO ORDERED.
Dated: October 22, 2025  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge