# FOY & SEPLOWITZ LLC
## attorneys at law

24 BERGEN STREET, SUITE 200
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

## MEMORANDUM ENDORSED

February 9, 2026

VIA ECF

Honorable Gregory H. Woods, DCJ
US Courthouse for the SDNY
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2026
```

> **Re:** *US v. Charlene Marte et al*
> **Dkt. # 25 Cr. 136 (GHW)**
> **Request for the Return of Passport**

Dear Judge Woods:

With the consent of the government, I am requesting that Pre-trial Services be authorized by the court to return Ms. Charlene Marte's passport. The passport was surrendered as a condition of her release. Now that the case has been resolved, Ms. Marte moves for an Order directing Pre-Trial Services to return her passport promptly.

Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com

cc:   AUSA Jane Chong
      Charlene Marte

Application granted. Pretrial Services may return Ms. Marte's passport to Mr. Foy or his designated representative.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 69.
SO ORDERED.

Dated: February 19, 2026
New York, New York

GREGORY H. WOODS
United States District Judge